## CÁTALA v. CALDERÓN.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 26.—Resuelto en diciembre 14, 1903.

DIVORCIO — ABANDONO — ADULTERIO. — El adulterio, así como el abandono, por parte de uno de los cónyuges constituyen causa suficiente para decretar el divorcio.

### EXPOSICIÓN DEL CASO.

En el pleito de divorcio que ante nos pende, entre José Cátala de la Cruz, como apelante, y María Calderón, como apelada; representado el primero en este tribunal por el Letrado Don Antonio Moreno Calderón, no habiéndose mostrado parte la recurrida.

*Resultando:* que el día veinte de julio de mil novecientos dos, el recurrente José Cátala de la Cruz entabló demanda en el Tribunal de Distrito de San Juan, contra su esposa María Calderón, cuya demanda contiene diferentes alegaciones, de las cuales se consignarán las siguientes: que el día cuatro de enero de mil ochocientos setenta y tres, el apelante y la apelada se casaron legalmente en la Iglesia de Santa María de los Remedios, de San Juan, en la Isla de Puerto Rico, el cual matrimonio consta por una certificación expedida en debida (*) forma y presentada en este pleito: que en ese matrimonio no tuvieron hijos por haberse llevado aquél a cabo encontrándose gravemente enfermo el apelante y por haber abandonado la casa conyugal la apelada luego de hallarse en salud su esposo, yéndose a "otro nido" con un tal Martín Sostres, y termina pidiendo sea disuelto en absoluto el matrimonio entre José Cátala y María Calderón.

*Resultando:* que la apelada, después de haber sido citada en debida forma, compareció representada por su abogado presentando contestación a dicha demanda, en la cual admite

que fueron casados en el tiempo y la forma dichos; que vivieron juntos maritalmente por espacio de nueve años y de este matrimonio resultaron cuatro hijos; que el apelante sin motivo de ninguna clase abandonó a su esposa y a sus hijos, por cuyo motivo ella se vió obligada a trabajar para ganarse el sustento diario sin que tuviera desde aquella fecha relaciones ilícitas con algún hombre, sirviendo únicamente de lavandera a dicho Martín Sostre.

*Resultando:* que substanciado el pleito por sus trámites, cuatro testigos declararon por la parte apelante, manifestando que conocían a los litigantes y de su propio conocimiento sabían que la María Calderón vivía con Martín Sostre en la misma habitación, manifestando dos de los testigos que el demandante y la demandada vivían maritalmente.

*Resultando:* que el Tribunal del Distrito de San Juan, en sentencia de fecha once de febrero del año en curso declaró sin lugar la demanda con las costas a cargo de la parte demandante.

*Resultando:* que contra esa sentencia José Cátala de la Cruz interpuso recurso de apelación para ante este tribunal.

Abogado del apelante: *Sr. Moreno Calderón.*

Fiscal del Tribunal Supremo: *Sr. del Toro.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. SULZBACHER, después de exponer los hechos anteriores, emitió la siguiente opinión del tribunal: (*)

*Considerando:* que este Tribunal Supremo, en diversos casos, ha declarado que se ha de conceder el divorcio por causa del adulterio, siendo éste en conformidad con el Acta del Congreso, conocida por "Ley Foraker," y también según la ley de la Legislatura de esta Isla, el abandono por uno u otro de los consortes es motivo para el divorcio.

*Considerando:* que se ha probado que la esposa María Calderón abandonó a su esposo, viviendo maritalmente con otro hombre, habiéndose probado, además del abandono, el adulterio.

*Fallamos:* que, revocando la sentencia apelada, debemos declarar y declaramos con lugar la demanda interpuesta por José Cátala de la Cruz y los vínculos del matrimonio existentes, entre las partes demandante y demandada, quedan por esta sentencia para siempre disueltos, con las costas causadas en el tribunal de distrito a cargo de la parte demandada.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.